772 A.2d 914

TOLL BROTHERS, INC., ETC., PLAINTIFF–RESPONDENT, v. TOWNSHIP OF WEST WINDSOR, DEFENDANT–PETITIONER, AND PLANNING BOARD OF THE TOWNSHIP OF WEST WINDSOR, DEFENDANT–RESPONDENT.

May 24, 2001.

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–5858–97 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted, limited to the following issues:

(1) whether the trial court erred in concluding that the Township's ordinances, regulations, and site factors prevented a realistic opportunity for development of affordable housing;

(2) whether the trial court erred when it considered market demand for particular housing types when it determined that the Township failed to provide a realistic opportunity for the development of affordable housing; and

(3) whether the trial court erred in holding that Toll Brothers was entitled to a building's remedy.